FILED'06 MAY 11 12:32USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| KATHRYN E. KENEFICK, | Civil No. 05-1149-HO |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JOANNE B. BARNHART,<br>Commissioner of Social Security<br>Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,749.20 and no expenses, shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that costs in the amount of $250.00 shall be awarded to Plaintiff's attorney pursuant to 28 U.S.C. § 1920.

DATED this 10th day of May, 2006.

/s/ Michael R. Hogan
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David R. Johnson
DAVID R. JOHNSON
Special Assistant United States Attorney
(206) 615-2545
Of Attorneys for Defendant

Page 1    ORDER FOR EAJA FEES - [05-1149-HO]